**\*\* NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BLAZE HICKS | § | |
| VS. | § | CIVIL ACTION NO. 9:20-CV-150 |
| BRADLEY FORD, JAILER<br>TYLER COUNTY JAIL | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Blaze Hicks, a pre-trial detainee confined at the Tyler County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendant Bradley Ford.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (docket entry no. 4).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in this

---

[1] Plaintiff received a copy of the Report and Recommendation on October 19, 2020 (docket entry no. 5).

case in accordance with the Magistrate Judge's recommendations.

So ORDERED and SIGNED, Jan 06, 2021.

_____
Ron Clark
Senior Judge